UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PETER MENZEL,

        Plaintiff,

  v.

9GAG LIMITED,

        Defendant.

Case No. 5:19-cv-04163-EJD

**ORDER TO SHOW CAUSE**

On January 21, 2020, Plaintiff filed an amended complaint naming 9GAG LIMITED as Defendant. Dkt. No. 20. Eight months later, on September 28, 2020, Plaintiff filed a case management statement indicating that he recently asked Defendant whether it would waive service of process "to avoid additional costs while the parties sort out settlement details." Dkt. No. 22. The statement indicates that Defendant declined to waive service. *Id*. There is nothing on the docket indicating that Defendant has been properly served or has waived service of process.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The court must extend the time for service for an appropriate period "if the plaintiff shows good cause for the failure." *Id.*

Plaintiff having failed to file proof of service pursuant to Rule 4(l), the Court hereby issues an **ORDER TO SHOW CAUSE** why Plaintiff's claims should not be dismissed without prejudice pursuant to Rule 4(m). If plaintiff fails to file proof of service or a written response to this order to show cause by October 14, 2020, the case shall be dismissed.

Case No.: 5:19-cv-04163-EJD
ORDER TO SHOW CAUSE

Given that Defendant has not yet been served, the initial case management conference currently set for October 8, 2020 is hereby **CONTINUED** to December 10, 2020 at 10:00 A.M. An updated joint case management statement shall be due by no later than November 30, 2020.

**IT IS SO ORDERED.**

Dated:  September 30, 2020

EDWARD J. DAVILA
United States District Judge

2